IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 14 2012
CLERK, U.S. DISTRICT COURT
by_____
Deputy

| | | |
|---|---|---|
| MARK BARNES, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:11-CV-335-A |
| | § | |
| TANDY LEATHER COMPANY LP, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## O R D E R

Having considered the joint motion for certification of settlement class and for preliminary approval of class and collective action settlement and of settlement class filed in the above action by plaintiffs, Mark Barnes, Donna Cavota, and Jerry Mercante, and defendants, Tandy Leather Company LP and The Leather Factory, LP,

The court ORDERS that plaintiffs file by 10:00 a.m. on February 21, 2012: (1) copies of the state statutes on which plaintiffs rely for their state-law claims and causes of action, (2) together with any supporting authority interpreting such statutes as plaintiffs determine would assist the court in evaluating plaintiffs' claims thereunder, and (3) an appropriate cover document identifying the documents being filed.

The court further ORDERS that the filing described by this order comply with the court's requirements for evidentiary filings

found on pages six and seven of the order concerning preparation of the Joint Status Report signed by the court in this action on May 20, 2011.

SIGNED February 14, 2012.

_____
JOHN McBRYDE
United States District Judge