IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 2 3 2012
CLERK, U.S. DISTRICT COURT
by_____
Deputy

| | |
|---|---|
| MARK BARNES, ET AL., | § |
| Plaintiffs, | § |
| VS. | § NO. 4:11-CV-335-A |
| TANDY LEATHER COMPANY, LP, ET AL., | § |
| Defendants. | § |

### ORDER

Having considered the document filed in the above-captioned action on March 22, 2012, titled "Joint Motion to Vacate Deadlines and Trial Setting Pending the Court's Approval of Certification of Settlement Class And For Preliminary Approval of Class And Collective Action Settlement," the court has concluded that the relief sought by such motion should be granted. Therefore;

The court ORDERS that all deadlines fixed by the scheduling order in this action that have not already passed be, and are hereby, cancelled so that the parties will not be required to engage in further pretrial activity while the court is considering the joint motion of the parties for certification of

class and for preliminary approval of class and collective action settlement.

SIGNED March 23, 2012.

_____
JOHN McBRYDE
United States District Judge